STATE OF MINNESOTA

IN SUPREME COURT

A15-1156


January 27, 2016

OFFICE OF
APPELLATE COURTS

Joan Van Riper,

       Employee-Respondent/
       Cross-Appellant,

vs.

Interstate Packaging, Inc.

       Employer-Relator/
       Cross-Appeal Respondent,
and

Cincinnati Insurance Company,

       Insurer-Relator/
       Cross-Appeal Respondent,
and

Mason City Clinic,
Mason City Surgery Center,
Mayo Clinic,
Minnesota Department of Employment Economic Development,
Spectrum Rehabilitation Services, Inc.,
Blue Cross Blue Shield of Minnesota, and,
UNUM Life Insurance Company,

       Intervenors.

---

Donaldson V. Lawhead, Lawhead Law Offices, Austin, Minnesota, for respondent.

Timothy S. Crom and Nicholas M. Matchen, Jardine, Logan & O'Brien, PLLP, Lake Elmo, Minnesota, for relators.

---

1

Considered and decided by the court without oral argument.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on June 26, 2015, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn. 1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

Dated: January 27, 2016

BY THE COURT:

Natalie E. Hudson
Associate Justice